# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

STEVEN BURDA,        :   No. 59 MM 2023

            Petitioner       :

            v.            :

PROTHONOTARY OFFICE OF SUPERIOR   :
COURT OF PA AND THE SUPERIOR       :
COURT OF PENNSYLVANIA (EASTERN    :
DISTRICT),                       :

            Respondents     :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2024, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus" is DENIED.